IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM LOPEZ MORALES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH R. CAMERON, et al. | : | No. 11-0371 |

**O R D E R**

AND NOW, this 22nd day of March, 2012, upon consideration of Petitioner's petition for a writ of habeas corpus, and Respondents' response thereto, IT IS HEREBY ORDERED that Petitioner's petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

s/J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.